RECEIVED BY MAIL
FEB 10 2005
CLERK US DIST COURT MINNEAPOLIS MN

**district court of the united States**

**district of Minnesota**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD CUNNINGHAM | Criminal Docket 0:02-cr-00177-JNE-RLE-ALL and CR02-177<br>CV 05-303 JNE |

**Title 28 USC § 2255 Motion**

1)(a) Name and location of court that entered the judgment in a criminal case: (There is no judgment of conviction)

district court of the united States
district of Minnesota

Minneapolis, Minnesota

(b) Criminal docket or case number: 0:02-cr-00177-JNE-RLE-ALL

2)(a) Date of judgment in a criminal case (There is no judgment of conviction): 05/13/2003

(b) Date of sentencing: 05/13/2003

3) Length of sentence: 52 months in prison and 5 years of Supervised Release.

4) Nature of crimes: The penalty statute named are Title 18 USC § 541 and 26 USC § 7206

5) What was your plea? Not Guilty entered by magistrate Earl Cudd.

6) A jury trial was scheduled and ordained by the court.

7) RICHARD CUNNINGHAM did not testify.

8) Court appointed attorney Daniel Scott appealed the judgment in a criminal case (There is no judgment of conviction)

9)(a) Appealed to the United States Court of Appeals for the Eighth Circuit

(b) Docket Number: 03-2472

(c) Unpublished Opinion

SCANNED
FEB 10 2005
U.S. DISTRICT COURT ST. PAUL

(d) Submitted February 6, 2004; Filed February 26, 2004.

(g) No Petition for Writ of Certiorori.

10) No other petitions, or applications concerning this judgment in a criminal case (There is no judgment of conviction).

## Grounds For Relief

### Ground One

1) The United States District Court is a territorial court and has no constitutional operation of law outside of its territorial venue.

Supporting Facts: The terms "district court of the United States" is clearly distinguished from the "United States District Court". The United States District Court is a territorial court of the United States, to wit: District Court of Guam, District Court for the Northern Mariana Islands, and the District Court of the Virgin Islands. There is no District Court for the District of Minnesota per an act of Congress.

### Ground Two

2) The Congress of the United States plenary powers do not extend into the union of the several States.

Supporting Facts: "Acts of Congress" including any act of Congress locally applicable to and in force in the District of Columbia, in Puerto Rico, in territory or in an insular possession. Minnesota is not a territory or insular possession of the United States.

### Ground Three

3) United States District Courts exist pursuant to an act of Congress for the enforcement of Administrative Law.

Supporting Facts: United States District Courts exist for the sole purpose of enforcing the Code of Federal Regulations involving contracts between the United States and another for enforcement of Congress' plenary powers.

**Ground Four**

4) The people in the Union of several States carry the constitutionally secured rights to substantial due process of law even if subjected to the foreign venue of the federal United States' plenary powers.

Supporting Facts: Where rights secured by the Constitution are concerned there can be no rule making or legislation which can abrogate them; and the rights of the people cannot be diminished by implication.

**Ground Five**

5) The United States of America is not a sueable entity.

Supporting Facts: Congress has not empowered the United States of America to sue and be sued in any forum of the United States and/or the several States

**Ground Six**

6) The Tenth Amendment limits the power of the federal government.

Supporting Facts: The powers not delegated to the United States by the Constitution, nor prohibited by it to the States are reserved to the States respectively, or to the people. The powers of Congress are not infinite; the federal government has nothing approaching police powers.

**Ground Seven**

7) The record fails to establish a Complaint.

Supporting Facts: The right of the people to be secure in their person, houses, papers and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation.

**Ground Eight**

8) The jurisdiction of the district court in the district of Minnesota is limited.

Supporting Facts: District courts in the union of several States are ordained and established for the sole purpose of adjudication of civil matters.

**Ground Nine**

9) The Warrant has no basis in fact or law.

Supporting Facts: A Warrant should not issue, but upon probable cause, supported by Oath or affirmation.

**Ground Ten**

10) The record does not reflect a judicial probable cause hearing.

Supporting Facts: Every person arrested without a WARRANT of the law shall be taken before a judge within 48 hours for a judicial probable cause dtermination.

**Ground Eleven**

11) The Indictment is a deception in fact and law.

Supporting Facts: The principle held for the original grand jury was restricted to and for common law crimes against the united States. All violations of the United States Code are statutory, thus rendering the grand jury hypothesis obsolete.

**Ground Twelve**

12) The Indictment fails to set forth an offense against the United States.

Supporting Facts: It is well established law that all statutory crimes must allege an offense against the United States, not the United States of America.

**Ground Thirteen**

13) The Indictment fails to appraise the Implementing Regulation to justify a statutory liability.

Supporting Facts: The Implementing Regulations are concise and must be stated within the Indictment as they are the foundation of all federal prosecution. To merely assert the penalty statute absent the underlying violation of federal law

as set forth in the Code of Federal Regulations is an absolute deception in fact and law.

**Ground Fourteen**

14) The United States attorney has no authority to represent any corporation other than the United States.

Supporting Facts: The district court shall not have jurisdiction of a civil action in which any party, by assignment or otherwise, has been improperly or collusively made or joined to invoke the jurisdiction of such court.

**Ground Fifteen**

15) The jury instructions were radically defective.

Supporting Facts: The jury instructions made no reference to the Implementing Regulations, thus the jury had no idea what law was violated to warrant a guilty verdict/conclusion.

**Ground Sixteen**

16) The jury verdict has no basis in fact or law.

Supporting Facts: The jury verdict is void due to the fact their verdict is based upon radically defective jury instructions which are 100% futile.

**Ground Seventeen**

17) The judgment in a criminal case is unknown to the law.

Supporting Facts: Congress provides for a judgment of conviction to be entered upon the finding of guilt. Congress does not provide for a judgment in a criminal case to be entered upon the finding of guilt.

**Ground Eighteen**

18) The court failed to provide findings of fact and conclusions of law in support of the deprivation of life, liberty, and the pursuit of happiness.

Supporting Facts: The court has failed to provide findings of facts and conclusions of law addressing proper venue, personal jurisdiction, in rem jurisdiction, and subject matter jurisdiction based upon the judicial findings to sustain a valid conviction.

**Ground Nineteen**

19) The court failed to acquit for lack of evidence.

Supporting Facts: The court, being educated in the legal profession knew in the absence of the Implementing Regulations the claim has no basis in fact or law and is accordingly groundless.

**Ground Twenty**

20) The judgment in a criminal case is void on its face.

Supporting Facts: Void judgments are those rendered by a court which lacked jurisdiction, either of the subject matter or the parties, or procured by fraud and can be attacked at anytime, in any court, either directly or collaterally.

**Ground Twenty-One**

21) The court imposed not only an erroneous judgment, but also an exceptional sentence contrary to the sentencing guidelines.

Supporting Facts: The sentence imposed by the court violated the Sixth Amendment when the court imposed an exceptional sentence based upon preponderance of evidence, and not upon proof beyond a reasonable doubt found by a jury of his peers.

**Ground Twenty-Two**

22) The Sixth Amendment was violated due to the fact the Indictment has failed to particularly state the Nature and Cause of the accusations to allow for an affirmative defense.

Supporting Facts: The Indictment fails to affirmatively appraise the venue, personal jurisdiction, in rem jurisdiction, subject matter jurisdiction, a contract,

or that the accused was an employee of the United States subject to the jurisdiction of a federal forum. In fact, it is unknown to the accused what jurisdiction the court is proceeding pursuant to.

**Ground Twenty-Three**

23) Under our constitutional republic, the accused has a right to be tried by duly elected public officials who are elected exclusively by the will of the people. Supporting Facts: The federal bureaucracy is not subject to the will of the people. They are administratively appointed and therefore not part of the constitutional republic, subject to the election or otherwise. The federal judiciary is to act independent of all legislative and executive branches. The federal judiciary was created by the consent of the people to hold the republican governments in check with the constitution.

**Ground Twenty-Four**

24) The filing of an unpublished opinion violates the Fifth Amendment right of due process.

Supporting Facts: Rule 28(A)(i) expands the judicial powers beyond the limits set forth by Article III allowing courts to undermine constitutional intent. Rule 28(A)(i) is therefore unconstitutional.

25)This is movant's first § 2255 being filed as a civil collateral attack against the judgment in a criminal case entered by the court. Richard Cunningham is proceeding on behalf of RICHARD V. CUNNINGHAM as a third part intervenor. His appearance is special, appearing without prejudice and without waiving any rights, statutorial or procedural. RICHARD V. CUNNINGHAM is not an employee of the United States, nor does he have a contract with the United States of America subject to adjudication in a federal forum.

26) The name of the court appointed officer of the court was:

Daniel M. Scott
300 South Fourth Street
Minneapolis, Minnesota

he proceeded at the preliminary hearing, arraignment, trial, sentencing and appeal.

27) Sentencing involved a multicount Indictment.

28) There is no future sentence to be served.

29) This § 2255 Motion is within the one year period of time for filing.

RICHARD V. CUNNINGHAM attests under the penalty of perjury that the foregoing is true and correct. That at all times relevant he is entitled to relief. That the judgment in a criminal case has no basis in fact or law, and is accordingly gound-less. That he is being held captive in violation of the laws of the United States, and the United States Constitution.

Additionally, this § 2255 Motion and 2 copies thereof have been deposited in the inmate mail depository on this 8 day of February, 2005.

Dated this 8 day of February, 2005.

Richard Vance Cunningham

RICHARD V. CUNNINGHAM
Prison Number: 10508-041
FCI SANDSTONE
P.O. Box 1000
Sandstone, Minnesota