UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RICHARD CUNNINGHAM,

Defendant.

02CR177 (JNE/RLE)
05cv303 (JNE)

**ORDER**

---

On February 10, 2005, Defendant, Richard Cunningham, filed a Motion under 28 USC 2255 to Vacate, Set Aside, or Correct Sentence. The Government has until March 17, 2004 in which to respond.

DATED: February 18, 2005.

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court