# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2005, I served, or caused to be served, the following documents:

**GOVERNMENT'S RESPONSE TO THE MOTION UNDER 28 U.S.C. SECTION 2255**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Richard Vance Cunningham
10508-041
FCI-Sandstone
P.O. Box 1000
Sandstone, Mn 55072

THOMAS B. HEFFELFINGER
United States Attorney

S/ A. R. Berg

BY: A.R. BERG
Legal Assitant