UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MINNESOTA

RECEIVED
BY MAIL

MAY 0 3 2005

CLERK US DIST COURT
MINNEAPOLIS MN

| | |
|---|---|
| RICHARD VANCE CUNNINGHAM<br>v.<br>UNITED STATES OF AMERICA. | **Notice of Appeal**<br>Docket No.: 0:02-cr-00177-JNE-RLE-ALL and CR-02-177 |

**Notice of Appeal**

Notice is hereby given that RICHARD VANCE CUNNINGHAM does appeal to the United States Court of Appeals for the 8th Circuit from the decision of the DISTRICT COURT OF MINNESTOA's denial of a 28 USC § 2255 Motion.

The Movant contends the DISTRICT COURT has failed to address the subject matter set forth in the § 2255 Motion contrary to United States v. Maxwell, 386 F.3d 1042 (11th Cir. 11/1/04).

Entered in this action on the 22 day of April, 2005.

Dated this 5th day of May, 2005.

Richard Vance Cunningham

RICHARD VANCE CUNNINGHAM
10508-041
FCI SANDSTONE
P.O. Box 1000
Sandstone, Minnesota

cc: Court of Appeals (2)

SCANNED
MAY 9 2005
U.S. DISTRICT COURT MPLS